9:30 AM  **8-16-08142-reg**        Calvagno, II v. Flores
   †

   8-16-72716-reg         Lana B E Flores

**Moving:**
**Opposing:**
**Debtor or Plaintiff Attorney:** ProSe / None

34

**Matter:**  **[2] ADJ Summons and Notice of Pre-Trial Conference**
**Courtroom Deputy Notes:**


[  ] No Appearance Movant/Pltf         [  ] Granted            [  ] Order Submitted

[  ] No Opposition                     [  ] Denied             [  ] Hearing Held

[X] No Appearance Either Side          [X] Marked Off  without prejudice

[  ] Appearance by Movant/Defendant    [  ] Dismissed          [  ] Settle Order

[  ] Submit Order and Judgment         [  ] Withdrawn          [  ] Settled

[  ] Settle Conditional Order          [X] So Ordered          [  ] Court to Issue Order



Dated: Central Islip, New York                    **Robert E. Grossman**
       January 13, 2017                           **United States Bankruptcy Judge**